```
                 IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                            WESTERN DIVISION


IN RE: JEFFREY C. & LISA A. NASH   )
                                   )
WELLS FARGO BANK, N.A.,            )
          Creditor,                )
                                   )
   vs.                             ) CASE NO. 11B80013
                                   ) JUDGE MANUEL BARBOSA
JEFFREY C. & LISA A. NASH,         )
          Debtor                   )
                                   )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Wells Fargo Bank, N.A., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the July 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of July 22, 2011.

   a. Attorney's Fees          $250.00

   b. Payments              $3,406.39

   c. Late Charges            $116.25

   d. Suspense               $-957.01

   Total                    $2,815.63

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Wells Fargo Bank, N.A. rights to collect these amounts will remain unaffected.

                                      Respectfully Submitted,
                                      Wells Fargo Bank, N.A.

                                      /s/Lydia Y. Siu
                                      Lydia Y. Siu
                                      ARDC#6288604

                                      Pierce and Associates, P.C.
                                      1 North Dearborn Street
                                      Suite 1300
                                      Chicago, Illinois 60602
                                      (312)346-9088